```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 11261
   BARBARA BRIGHT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1938

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/22/2004 and was confirmed 05/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.97% from remaining funds.

     The case was paid in full 04/20/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------
NOVASTAR                   MORTGAGE ARRE    336.87            .00          336.87
ROBERT J ADAMS & ASSOC     PRIORITY      NOT FILED            .00             .00
CARDMEMBER SERVICES        UNSECURED     NOT FILED            .00             .00
CAPITAL ONE BANK           FILED LATE     1264.57             .00             .00
DISH NETWORK               UNSECURED       734.05             .00          131.89
ECAST SETTLEMENT CORP      UNSECURED      3559.25             .00          639.57
PROVIDIAN  MASTERCARD      UNSECURED     NOT FILED            .00             .00
SHERMAN ACQUISITION LLC    UNSECURED       467.32             .00           83.98
SPRINT                     UNSECURED     NOT FILED            .00             .00
CARDMEMBER SERVICES        UNSECURED     NOT FILED            .00             .00
RETAILERS NATIONAL BANK    UNSECURED     NOT FILED            .00             .00
NOVASTAR                   CURRENT MORTG      .00             .00             .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,494.00                         2,494.00
TOM VAUGHN                 TRUSTEE                                           201.69
DEBTOR REFUND              REFUND                                            218.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                4,106.00

PRIORITY                                          .00
SECURED                                        336.87
UNSECURED                                      855.44
ADMINISTRATIVE                               2,494.00
TRUSTEE COMPENSATION                           201.69
DEBTOR REFUND                                  218.00
                       ---------------       ---------------
TOTALS                 4,106.00              4,106.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 11261 BARBARA BRIGHT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/04/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```